1
2
3
4
5
6
7
8                                  UNITED STATES DISTRICT COURT
9                                  EASTERN DISTRICT OF CALIFORNIA
10
11   ROBERT JAMES ANTHONY,                    Case No. 2:14-CV-01230-MCE-EFB
     individually and on behalf of the general
12   public,                                  **ORDER GRANTING AMENDED**
                                              **STIPULATION TO MODIFY**
13                    Plaintiff,              **PRETRIAL SCHEDULING ORDER**
14        vs.
15   EXPERIAN INFORMATION
     SOLUTIONS, INC. & CARDWORKS
16   SERVICING, LLC,
17                    Defendants.
18
19        Pursuant to the Parties' Amended Stipulation to Modify Pretrial Scheduling
20   Order, and for **GOOD CAUSE** shown, the Pretrial Scheduling Order (Document #21)
21   is hereby modified as follows: All discovery, with the exception of expert discovery,
22   shall be completed by **March 7, 2016.**
23        **IT IS SO ORDERED.**
24   Dated:  December 15, 2015
25
26   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
27   UNITED STATES DISTRICT COURT
28

ORDER GRANTING AMENDED STIPULATION TO MODIFY PRETRIAL
SCHEDULING ORDER