Linda Deos, (SBN 179170)
Law Office of Linda Deos
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 442-4442
Facsimile: (916) 583-7693
Deoslawyer@gmail.com

John B. Keating (SBN 148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, | ) Case No.: 2:14-cv-01230 MCE-EFB |
| Plaintiff, | ) **ORDER GRANTING STIPULATION** |
| | ) **FOR DISMISSAL WITH PREJUDICE** |
| v. | ) **OF DEFENDANT CARDWORKS** |
| | ) **SERVICING, LLC.** |
| EXPERIAN INFORMATION SOLUTIONS, INC., & CARDWORKS SERVICING, LLC, | ) |
| | ) Complaint  Filed May 19, 2014 |
| | ) Trial Date:  February 6, 2017 |
| Defendants. | ) |
| _____ | ) The Honorable Morrison C. England, Jr. |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice of Defendant CardWorks

Servicing, LLC. after settlement of all claims herein and for good cause shown, it is hereby

ordered that the Complaint herein and all claims as between Plaintiff Robert James Anthony and

Defendant CardWorks Servicing, LLC. are DISMISSED with prejudice.  Each party shall bear

their own costs and attorneys' fees as to the claims dismissed by virture of this Order.

IT IS SO ORDERED.

Dated:  January 13, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

*Anthony v. Experian, et al.*  Case No. 2:14-cv-01230-MCE-EFB
**ORDER GRANTING DISMISSAL OF DEFENDANT CARDWORKS**