Daniel J. McLoon (State Bar No. 109598)
Kerry C. Fowler (State Bar No. 228982)
Amanda Pushinsky (State Bar No. 267950)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071-2300
Telephone:  213-489-3939
Facsimile:   213-243-2539
djmcloon@jonesday.com
kcfowler@jonesday.com
apushinsky@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and CARDWORKS SERVICING, LLC,<br><br>Defendants. | Case No. 2:14-CV-01230-MCE-EFB<br><br>Assigned for all purposes to the Hon. Morrison C. England, Jr.<br><br>**ORDER MODIFYING SCHEDULING ORDER TO EXTEND LAST DAY TO HEAR DISPOSITIVE MOTIONS** |

Pursuant to the Parties' Stipulated Request To Modify Scheduling Order To Extend Last Day To Hear Dispositive Motions, and **GOOD CAUSE** appearing there for, the Pretrial Scheduling Order (Document #21) is hereby modified as follows:

The last day for the Court to hear dispositive motions shall be **August 11, 2016.**

No other dates or deadlines in the Scheduling Order shall be changed.

IT IS SO ORDERED.

Dated:  May 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE