Daniel J. McLoon (State Bar No. 109598)
Kerry C. Fowler (State Bar No. 228982)
Amanda Pushinsky (State Bar No. 267950)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071-2300
Telephone:    213-489-3939
Facsimile:    213-243-2539
djmcloon@jonesday.com
kcfowler@jonesday.com
apushinsky@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and CARDWORKS SERVICING, LLC,<br><br>Defendants. | Case No. 2:14-CV-01230-MCE-EFB<br><br>Assigned for all purposes to the Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S *EX PARTE* REQUEST FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS MOTION FOR SUMMARY JUDGMENT** |

The Court has reviewed and considered Defendant Experian Information Solutions, Inc.'s ("Experian") Ex Parte Request For Leave To Exceed Page Limit For Its Motion for Summary Judgment (ECF No. 37).

///

///

///

///

ORDER
Case No. 2:14-CV-01230-MCE-EFB

Good cause having been shown, that Request is GRANTED, and Experian's page limit for its Motion for Summary Judgment is enlarged by ten (10) pages not to exceed thirty (30) pages.

IT IS SO ORDERED.

Dated:  June 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE