Daniel J. McLoon (State Bar No. 109598)
Kerry C. Fowler (State Bar No. 228982)
Amanda Pushinsky (State Bar No. 267950)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071-2300
Telephone:    213-489-3939
Facsimile:    213-243-2539
djmcloon@jonesday.com
kcfowler@jonesday.com
apushinsky@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and CARDWORKS SERVICING, LLC,<br><br>Defendants. | Case No. 2:14-CV-01230-MCE-EFB<br><br>Assigned for all purposes to the<br>Hon. Morrison C. England, Jr.<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing Date:  August 11,  2016<br>Hearing Time:  2:00 p.m.<br>Courtroom 7 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 141, defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys of record, hereby requests an Order to file under seal (1) Exhibit 5 to the Declaration of Kerry C. Fowler in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication and (2) Exhibits A1 through A17 to the Declaration of Mary Methvin in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication. Experian makes this request because these documents contain private medical, financial and personal information of Plaintiff (e.g., medical records, credit report and account information, addresses, etc.) and confidential and proprietary information produced by Experian during discovery. Experian's Request to Seal Documents, [Proposed] Order and the documents themselves were submitted to the Court at the "proposed orders" email address, with copies served on Plaintiff at the same time via email and first class mail.

Dated: June 16, 2016                                  Respectfully submitted,

                                                                         JONES DAY


                                                                         By: */s/ Kerry Fowler*
                                                                                 Kerry Fowler

                                                                         Counsel for Defendant
                                                                         EXPERIAN INFORMATION SOLUTIONS, INC.

NAI-1501268788v1