1  Daniel J. McLoon (State Bar No. 109598)
   Kerry C. Fowler (State Bar No. 228982)
2  Amanda Pushinsky (State Bar No. 267950)
   JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, California  90071-2300
   Telephone:    213-489-3939
5  Facsimile:    213-243-2539
   djmcloon@jonesday.com
6  kcfowler@jonesday.com
   apushinsky@jonesday.com
7
   Attorneys for Defendant
8  EXPERIAN INFORMATION SOLUTIONS, INC.

9
10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

13  ROBERT JAMES ANTHONY, individually,    Case No. 2:14-CV-01230-MCE-EFB
    and on behalf of the general public,
14                                          Assigned for all purposes to the
                 Plaintiff,                 Hon. Morrison C. England, Jr.
15
         v.                                 **ORDER GRANTING DEFENDANT
16                                          EXPERIAN INFORMATION
    EXPERIAN INFORMATION SOLUTIONS,         SOLUTIONS, INC.'S REQUEST TO
17  INC.; and CARDWORKS SERVICING, LLC,     SEAL DOCUMENTS FILED IN
                                            SUPPORT OF MOTION FOR
18               Defendants.                SUMMARY JUDGMENT, OR IN THE
                                            ALTERNATIVE, SUMMARY
19                                          ADJUDICATION**

20                                          Hearing Date:  August 11,  2016
                                            Hearing Time:  2:00 p.m.
21                                          Courtroom 7

22

23

24

25

26

27

28
                                                  ORDER GRANTING REQUEST TO SEAL
                                                                      DOCUMENTS
                                                    Case No. 2:14-CV-01230-MCE-EFB

Presently before the Court is defendant Experian Information Solutions, Inc. ("Experian")'s Request to Seal Exhibit 5 to the Declaration of Kerry C. Fowler in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication and Exhibits A1-A17 to the Declaration of Mary Methvin in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication.  Experian requests an order granting leave to file under seal the following Exhibits:

| Page Numbers | Exhibit Number and Declaration |
| --- | --- |
| 1-4 | Exhibit 5, Declaration of Kerry C. Fowler |
| 5-13 | Exhibit A1, Declaration of Mary Methvin. |
| 14-24 | Exhibit A2, Declaration of Mary Methvin. |
| 25-44 | Exhibit A3, Declaration of Mary Methvin. |
| 45-51 | Exhibit A4, Declaration of Mary Methvin. |
| 52-53 | Exhibit A5, Declaration of Mary Methvin. |
| 54-58 | Exhibit A6, Declaration of Mary Methvin. |
| 59-76 | Exhibit A7, Declaration of Mary Methvin. |
| 77-82 | Exhibit A8, Declaration of Mary Methvin. |
| 83-88 | Exhibit A9, Declaration of Mary Methvin. |
| 89-104 | Exhibit A10, Declaration of Mary Methvin. |
| 105-109 | Exhibit A11, Declaration of Mary Methvin. |
| 110-123 | Exhibit A12, Declaration of Mary Methvin. |
| 124-125 | Exhibit A13, Declaration of Mary Methvin. |
| 126-148 | Exhibit A14, Declaration of Mary Methvin. |
| 149-156 | Exhibit A15, Declaration of Mary Methvin. |
| 157-162 | Exhibit A16, Declaration of Mary Methvin. |
| 163-176 | Exhibit A17, Declaration of Mary Methvin. |

Having reviewed Experian's Request and the documents in question, the Court concludes that good cause exists to seal the documents.  Accordingly, the Court GRANTS Experian's Request to Seal Documents and ORDERS that the Clerk file under seal the above-listed Exhibit 5 to the Declaration of Kerry C. Fowler in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication and Exhibits A1-A17 to the Declaration of Mary Methvin in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

IT IS SO ORDERED.

Dated:  June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE