Linda Deos (SBN: 179170)
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Deoslawyer@gmail.com

John B. Keating (SBN:148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., & CARDWORKS, LLC,<br><br>Defendants. | Case No. 2:14-cv-01230-MCE-EFB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 11, 2016<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Complaint Filed: May 19, 2014<br><br>Trial Date: February 6, 2017<br><br>The Honorable Morrison C. England, Jr. |

*Anthony v. Experian, et al.* Case No. 2:14-cv-01230-MCE-EFB        P a g e 1
Order Granting Plaintiff's Request to Seal Documents

Presently before the Court is Plaintiff Robert Anthony ("Plaintiff")'s Request to Seal Exhibits 1 through 7 to the Declaration of Linda Deos in Support of Plaintiff's Opposition to Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication and Exhibits 1 - 19 to the Declaration of Robert Anthony in Support of Plaintiff's Opposition to Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, Experian Documents Referenced in Plaintiff's Statement of Undisputed Facts, Experian's Documents Referenced in Plaintiff's Responses to Defendant's Undisputed Facts and Plaintiff's Documents Referenced in Plaintiff's Responses to Defendant's Undisputed Facts.   Plaintiff requests an order granting leave to file under seal the following Exhibits:

| Page Numbers | Exhibit Number and Declaration |
|---|---|
| 1-2 | Exhibit 1, Declaration of Linda Deos |
| 3 | Exhibit 2, Declaration of Linda Deos |
| 4-17 | Exhibit 3, Declaration of Linda Deos. |
| 18-38 | Exhibit 4 Declaration of Linda Deos. |
| 39-44 | Exhibit 5, Declaration of Linda Deos. |
| 45-64 | Exhibit 6, Declaration of Linda Deos |
| 65-75 | Exhibit 7, Declaration of Linda Deos |
| 76-77 | Exhibit 1, Declaration of Robert Anthony |
| 78-95 | Exhibit 2, Declaration of Robert Anthony. |
| 96-97 | Exhibit 3, Declaration of Robert Anthony. |
| 98-99 | Exhibit 4, Declaration of Robert Anthony |
| 100 | Exhibit 5, Declaration of Robert Anthony. |

| | |
|---|---|
| 101 | Exhibit 6, Declaration of Robert Anthony. |
| 102-104 | Exhibit 7, Declaration of Robert Anthony. |
| 105-106 | Exhibit 8, Declaration of Robert Anthony. |
| 107 | Exhibit 9, Declaration of Robert Anthony. |
| 108-109 | Exhibit 10, Declaration of Robert Anthony. |
| 110 | Exhibit 11, Declaration of Robert Anthony. |
| 111 | Exhibit 12, Declaration of Robert Anthony. |
| 112-113 | Exhibit 13, Declaration of Robert Anthony. |
| 114 | Exhibit 14, Declaration of Robert Anthony. |
| 115 | Exhibit 15, Declaration of Robert Anthony. |
| 116-122 | Exhibit 16, Declaration of Robert Anthony. |
| 123-128 | Exhibit 17, Declaration of Robert Anthony. |
| 129 | Exhibit 18, Declaration of Robert Anthony. |
| 130-145 | Exhibit 19, Declaration of Robert Anthony. |
| 146-154 | Experian Documents Referenced in Plaintiff's Statement of Undisputed Facts |
| 155-160 | Experian's Documents Referenced in Plaintiff's Responses to Defendant Experian's Undisputed Facts |
| 161-248 | Plaintiff's Documents Referenced in Plaintiff's Responses to Defendant Experian's Undisputed Facts |

Having reviewed Plaintiff's Request and the documents in question, the Court concludes that good cause exists to seal the documents. Accordingly, the Court GRANTS Plaintiff's Request to Seal Documents and ORDERS that the Clerk file under seal the above-listed Exhibits 1 - 7 to the Declaration of Linda Deos in Support of Plaintiff's Opposition to Experian's Motion for

Summary Judgment or, in the Alternative, Summary Adjudication, Exhibits 1 - 19 to the Declaration of Robert Anthony in Support of Plaintiff's Opposition to Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, Experian Documents Referenced in Plaintiff's Statement of Undisputed Facts, Experian's Documents Referenced in Plaintiff's Responses to Defendant's Undisputed Facts and Plaintiff's Documents Referenced in Plaintiff's Responses to Defendant's Undisputed Facts.

    IT IS SO ORDERED.

Dated: July 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Anthony v. Experian, et al.*   Case No. 2:14-cv-01230-MCE-EFB
Order Granting Plaintiff's Request to Seal Documents
P a g e 4