Daniel J. McLoon (State Bar No. 109598)
Kerry C. Fowler (State Bar No. 228982)
Amanda Pushinsky (State Bar No. 267950)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071-2300
Telephone:	213-489-3939
Facsimile:	213-243-2539
djmcloon@jonesday.com
kcfowler@jonesday.com
apushinsky@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and CARDWORKS SERVICING, LLC,<br><br>Defendants. | Case No. 2:14-CV-01230-MCE-EFB<br><br>Assigned for all purposes to the<br>Hon. Morrison C. England, Jr.<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REQUEST TO SEAL DOCUMENT FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing Date:  August 11,  2016<br>Hearing Time:  2:00 p.m.<br>Courtroom 7 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:**

Pursuant to the Court's instructions, and to assure compliance with Federal Rule of Civil Procedure 5.2, defendant Experian Information Solutions, Inc. ("Experian") hereby requests an Order to seal the Declaration of Kerry C. Fowler in Support of Experian's Motion for Summary Judgment (ECF No. 41-3) ("Fowler Declaration"). Experian makes this request because the Fowler Declaration contains four instances of account numbers that were inadvertently filed without redactions. In order to remove those numbers from the public view, the document should be sealed and Experian should be allowed to file a redacted version of the document in its' place.

Experian intends to promptly file with the court a copy of the Fowler Declaration, identical in all respects except for additional redactions consistent with Federal Rule of Civil Procedure 5.2 and Local Rule 140. Experian's Request to Seal Documents, [Proposed] Order and the document itself were submitted to the Court at the "proposed orders" email address, with copies served on Plaintiff at the same time via email.

Dated: July 16, 2016

Respectfully submitted,

JONES DAY

By: */s/ Kerry Fowler*
Kerry Fowler

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

NAI-1501553141v1