Daniel J. McLoon (State Bar No. 109598)
Kerry C. Fowler (State Bar No. 228982)
Amanda Pushinsky (State Bar No. 267950)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071-2300
Telephone:	213-489-3939
Facsimile:	213-243-2539
djmcloon@jonesday.com
kcfowler@jonesday.com
apushinsky@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and CARDWORKS SERVICING, LLC,<br><br>Defendants. | Case No. 2:14-CV-01230-MCE-EFB<br><br>Assigned for all purposes to the<br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing Date:  August 11,  2016<br>Hearing Time:  2:00 p.m.<br>Courtroom 7 |

Presently before the Court is defendant Experian Information Solutions, Inc. ("Experian")'s Request to Seal the Declaration of Kerry C. Fowler in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication (ECF No. 41-3).

Having reviewed Experian's Request and the document in question, the Court concludes that good cause exists to seal the document. Accordingly, the Court GRANTS Experian's Request to Seal Documents and ORDERS that the Clerk seal the above-listed Declaration of Kerry C. Fowler in Support of Experian's Motion for Summary Judgment or, in the Alternative, Summary Adjudication (ECF No. 41-3).

IT IS SO ORDERED.

Dated: July 15, 2016

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE