Daniel J. McLoon (State Bar No. 109598)
Kerry C. Fowler (State Bar No. 228982)
Amanda Pushinsky (State Bar No. 267950)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071-2300
Telephone:	213-489-3939
Facsimile:	213-243-2539
djmcloon@jonesday.com
kcfowler@jonesday.com
apushinsky@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and CARDWORKS SERVICING, LLC,<br><br>Defendants. | Case No. 2:14-CV-01230-MCE-EFB<br><br>Assigned for all purposes to the<br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing Date:  August 11,  2016<br>Hearing Time:  2:00 p.m.<br>Courtroom 7 |

Presently before the Court is Defendant Experian Information Solutions, Inc. ("Experian")'s Request to Seal Exhibits 1-4 to the Declaration of Amanda Pushinsky in Support of Experian's Reply in Support of its Motion for Summary Judgment or, in the Alternative, Summary Adjudication and Exhibit A1 to the Declaration of Mary Methvin in Support of Experian's Reply in Support of its Motion for Summary Judgment or, in the Alternative, Summary Adjudication. Experian requests an order granting leave to file under seal the following Exhibits:

| Page Numbers | Exhibit Number and Declaration |
| --- | --- |
| 1-13 | Exhibit 1, Declaration of Amanda Pushinsky |
| 14-23 | Exhibit 2, Declaration of Amanda Pushinsky |
| 24-28 | Exhibit 3, Declaration of Amanda Pushinsky |
| 29-33 | Exhibit 4, Declaration of Amanda Pushinsky |
| 34-52 | Exhibit A1, Declaration of Mary Methvin |

Having reviewed Experian's Request and the documents in question, the Court concludes that good cause exists to seal the documents.  Accordingly, the Court GRANTS Experian's Request to Seal Documents and ORDERS that the Clerk file under seal the above-listed Exhibits 1-4 to the Declaration of Amanda Pushinsky in Support of Experian's Reply in Support of its Motion for Summary Judgment or, in the Alternative, Summary Adjudication and Exhibit A1 to the Declaration of Mary Methvin in Support of Experian's Reply in Support of its Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE