Linda Deos, No. 179170
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Deoslawyer@gmail.com

John B. Keating, No.148729
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. CARDWORKS SERVICING, INC.,<br><br>Defendants. | Case No. 2:14-cv-01230-MCE-EFB<br><br>**ORDER RE JOINT REQUEST FOR EARLY SETTLEMENT CONFERENCE**<br><br>Complaint Filed:   May 19, 2014<br><br>Trial Date:   TBD |

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that the Parties' Joint Request for Settlement Conference is GRANTED.

///

///

///

///

///

///

///

1

1  The parties are directed to participate in a settlement conference before Magistrate Judge Edmund
2  F. Brennan on October 25, 2016, at 10:00 a.m. in Courtroom 8.
3       IT IS SO ORDERED.
4  Dated:  September 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE