## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**ROBERT JAMES ANTHONY,**

                v.

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,**

                                      **JUDGMENT IN A CIVIL CASE**

                                      CASE NO: **2:14–CV–01230–MCE–EFB**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/31/17**

                                            **Marianne Matherly**
                                            Clerk of Court

ENTERED: **March 31, 2017**

                                      by: /s/ H. Kaminski
                                                Deputy Clerk