FILED

OCT 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT JAMES ANTHONY,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant-Appellee. | No.　17-15853<br><br>D.C. No. 2:14-cv-01230-MCE-EFB<br>Eastern District of California, Sacramento<br><br>ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　By: Claudia L. Bernard
　　　　　　　　　　　　　　　　Chief Circuit Mediator

CLB/Mediation